IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN MAXWELL MONTIN, | ) | |
| | ) | |
| Petitioner, | ) | 4:08CV3027 |
| | ) | |
| v. | ) | |
| | ) | |
| BILL GIBSON, CEO., | ) | **MEMORANDUM AND** |
| | ) | **ORDER** |
| Respondent. | ) | |
| | ) | |

    This matter is before the court on Petitioner's Motion to Proceed In Forma Pauperis ("IFP"). (Filing No. 2.) The court's records show that Petitioner has paid the five dollar filing fee. (Filing No. 1.) Therefore, Petitioner's motion is denied as moot.

    IT IS THEREFORE ORDERED that: Petitioner's Motion to Proceed IFP (filing no. 2) is denied as moot.

March 6, 2008.                  BY THE COURT:

                                         *s/Richard G. Kopf*
                                         United States District Judge