IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN MAXWELL MONTIN, | ) | |
| | ) | 4:08CV3027 |
| Petitioner, | ) | |
| | ) | |
| V. | ) | |
| | ) | ORDER |
| BILL GIBSON, CEO., | ) | |
| | ) | |
| Respondent. | ) | |

The petitioner has filed a motion for the production of documents. I will grant the motion in part and deny it in part.

First, while I have no reason to believe that the respondent has failed to serve upon the petitioner the relevant documents required by my prior order, in the interest of justice, I will direct the Clerk to photocopy the 12 pages of material submitted by the respondent and send those copies to the petitioner.

As for the petitioner's request for the "bill of exceptions" and an authenticated copy of a court order, those materials were not submitted by the respondent and the petitioner has given no reason why they should be produced. Accordingly,

IT IS ORDERED that the motion for the production of documents (filing 10) is denied, except as provided herein. The Clerk of the Court shall photocopy the 12 pages of documents submitted at filing 7 by the respondent and the Clerk shall mail those copies to the petitioner at the address shown on the petitioner's motion for production of documents. The petitioner is given until the close of business on August 14, 2008, to submit an additional brief in opposition to the motion for summary judgment. This matter will be deemed submitted on August 15, 2008.

August 4, 2008                            BY THE COURT:

                                          *S/Richard G. Kopf*
                                          United States District Judge